Matter of H. Dieter Holterbosch 2011 Revocable Trust (Barlow) (2023 NY Slip Op 02516)

Matter of H. Dieter Holterbosch 2011 Revocable Trust (Barlow)

2023 NY Slip Op 02516

Decided on May 10, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on May 10, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

BETSY BARROS, J.P.
JOSEPH J. MALTESE
JOSEPH A. ZAYAS
DEBORAH A. DOWLING, JJ.

2020-05189

[*1]In the Matter of H. Dieter Holterbosch 2011 Revocable Trust. Heidi Holterbosch, etc., respondent; Marylyn G. Barlow, objectant-appellant. (File No. 2016-392114/B)

Brewer, Attorneys & Counselors, New York, NY (William A. Brewer III of counsel), for objectant-appellant.
Farrell Fritz, P.C., Uniondale, NY (John J. Barnosky and Jaclene L. D'Agostino of counsel), for respondent.

DECISION & ORDER
In a proceeding to judicially settle the account of a trustee, the objectant, Marylyn G. Barlow, appeals from a decree of the Surrogate's Court, Nassau County (Margaret C. Reilly, S.), dated May 21, 2020. The decree, upon an order of the same court dated September 9, 2019, granting the trustee's motion pursuant to CPLR 3211(a)(7) to dismiss the objections to the accounting, judicially settled the account, as supplemented.
ORDERED that the decree is affirmed, with costs payable by the objectant personally.
H. Dieter Holterbosch died on July 28, 2016. He was survived by his daughter Heidi Holterbosch (hereinafter the petitioner). The decedent's last will and testament, dated May 23, 2013, was admitted to probate and letters testamentary were issued to the petitioner on January 26, 2017. Pursuant to Article SECOND of the decedent's will, the residuary estate was devised to the petitioner, as trustee of the H. Dieter Holterbosch 2011 Revocable Trust.
The petitioner commenced proceedings for judicial settlement of the intermediate accounts of the estate and the trust for the period from July 28, 2016, through December 31, 2017. The stepdaughter of the decedent and half sister of the petitioner, Marylyn G. Barlow (hereinafter the objectant), filed objections to the accounts. By order dated September 9, 2019, the Surrogate's Court granted the petitioner's motion pursuant to CPLR 3211(a)(7) to dismiss the objections. By order dated December 30, 2019, the court approved the first intermediate account of the petitioner, as trustee of the trust, and directed that the petitioner file an affidavit bringing the account down to date. In a decree dated May 21, 2020, the court judicially settled the petitioner's account as trustee, as supplemented. The objectant appeals.
For the reasons set forth in Matter of Holterbosch (___ AD3d ___ [Appellate Division Docket No. 2020-05188; decided herewith]), we affirm the decree, which judicially settled the petitioner's account as trustee, as supplemented.
BARROS, J.P., MALTESE, ZAYAS and DOWLING, JJ., concur.
ENTER:
Maria T. Fasulo
Clerk of the Court